**BEFORE THE JUDICIAL PANEL**
**ON MULTIDISTRICT LITIGATION**

IN RE SERIES 7 BROKER
QUALIFICATION EXAM                      MDL No. 1772
SCORING LITIGATION

**NASD'S SECOND AMENDED MOTION TO TRANSFER ACTIONS**
**FOR CONSOLIDATED PRETRIAL PROCEEDINGS**

The National Association of Securities Dealers, Inc. ("NASD"), hereby amends its

motion to transfer several interrelated actions, pursuant to 28 U.S.C. § 1407, for coordinated

pretrial proceedings in the United States District Court for the Southern District of New York.[1]

Previously, plaintiffs Andrew Crabbe and Linda Cutler filed a motion (docketed February 28,

2006, and amended March 14, 2006) to transfer five such cases to the Southern District.  NASD

moved to transfer these cases, plus an additional case, in a motion served March 13, 2006.

---

[1] Pursuant to Panel Rule 7.2(a), a list of actions that NASD seeks to transfer is attached to this
Motion as "Second Amended Schedule 1."  NASD also intends to designate any later filed
federal actions not listed in Schedule 1 as potential "tag-along actions" pursuant to Panel
Rules 7.4 and 7.5.

After these transfer motions were filed, several of the plaintiffs filed notices of voluntary dismissal and re-filed their lawsuits in the District of Columbia, resulting in a total of four related actions pending against NASD in the District of Columbia.  The case previously pending in the Middle District of Tennessee was voluntarily dismissed, and dismissal notices have been filed in three cases pending in the Southern District of New York (including *Crabbe* and *Cutler*).  Two new, substantially similar complaints were then filed outside the District of Columbia, however: one in the Eastern District of Arkansas and one in the Southern District of New York.  In response to these events, NASD served on March 29, 2006, an amended motion to transfer the six actions then pending against NASD to the Southern District of New York.

Since NASD served its amended motion, five additional complaints have been filed against NASD and others.  Three of these new complaints were filed in the District of Columbia by the same plaintiffs' counsel (representing Nassim Ketita, Thomas Ribeiro, and—in the same complaint—Jason Crockett and Maxwell Janis).  (NASD has not yet been served with the *Ribeiro* or *Crockett* complaints.)  Copies of these complaints are attached as Exhibits A through C.  The fourth, an individual action, was filed in the Supreme Court of New York by James Bruen and removed to the Southern District of New York by defendants NASD and The Thomson Corp.  Copies of this complaint and the notice of removal are attached as Exhibits D and E.  And the last new complaint was filed in the Southern District of Ohio by Atal Varma.  A copy of this complaint is attached as Exhibit F.

In light of these events, NASD further amends its motion to transfer; submits the attached Second Amended Schedule 1 of actions it seeks to transfer; and reiterates its request that the ten actions be consolidated in and transferred to the Southern District of New York.  The grounds in

support of NASD's amended motion are set forth in the memorandum accompanying NASD's

original response and motion to transfer.


Dated:  April 17, 2006                          Respectfully submitted,


                                                _____

OF COUNSEL:                                     F. Joseph Warin
John J. Flood                                   William M. Jay
NATIONAL ASSOCIATION OF                         GIBSON, DUNN & CRUTCHER LLP
SECURITIES DEALERS, INC.                        1050 Connecticut Avenue, N.W.
1735 K Street, N.W.                             Washington, D.C.  20036
Washington, D.C.  20036                         Telephone: (202) 955-8500
                                                Fax: (202) 467-0539

                                                *Attorneys for*
                                                *National Association of Securities Dealers, Inc.*

**Second Amended Schedule 1**

**SCHEDULE OF ACTIONS AFFECTED BY MOTION TO TRANSFER ACTIONS FOR COORDINATED PRETRIAL PROCEEDINGS**

Pursuant to Rule 7.2(a)(ii) of this Panel's Rules of Procedure, NASD provides the

following information on the actions that will be affected by this Motion:

| Complete Case Name | District Where Pending | Civil Action No. | Judge Assigned |
|---|---|---|---|
| William Lowe, on behalf of himself and all others similarly situated, v. National Association of Securities Dealers and EDS Corporation | D.D.C. | 1:06-CV-280 | Hon. Reggie B. Walton |
| Timothy Wallin, on behalf of himself and all others similarly situated, v. National Association of Securities Dealers | D.D.C. | 1:06-CV-382 | Hon. Reggie B. Walton |
| Linda Cutler, on behalf of herself and all others similarly situated, v. National Association of Securities Dealers, Inc.* | D.D.C. | 1:06-CV-525 | Hon. Reggie B. Walton |
| Jennifer Hester and Jason Plunkett, on behalf of themselves and all others similarly situated, v. National Association of Securities Dealers, Inc.* | D.D.C. | 1:06-CV-554 | Hon. Reggie B. Walton |
| Skylar S. Jordan, on behalf of himself and all others similarly situated, v. National Association of Securities Dealers, Inc. | E.D. Ark. | 4:06-CV-366 | Hon. James M. Moody |
| Gueorgui Ivanov, on behalf of himself and all others similarly situated, v. National Association of Securities Dealers, Electronic Data Services Corporation and Thomson Prometric, Inc. | S.D.N.Y. | 1:06-CV-2388 | Hon. Deborah A. Batts |

---

\*  Originally filed in S.D.N.Y.; voluntarily dismissed and re-filed as listed.

| Complete Case Name | District Where Pending | Civil Action No. | Judge Assigned |
|---|---|---|---|
| Nassim Ketita, on behalf of himself and all others similarly situated, v. National Association of Securities Dealers and EDS Corporation | D.D.C. | 1:06-CV-580 | Hon. Reggie B. Walton |
| James Bruen v. National Association of Securities Dealers, Inc., and The Thomson Corporation | S.D.N.Y | 1:06-CV-2934 | Unassigned |
| Thomas Ribeiro, on behalf of himself and all others similarly situated, v. National Association of Securities Dealers and EDS Corporation | D.D.C. | 1:06-CV-624 | Hon. Reggie B. Walton |
| Jason Crockett and Maxwell Janis, on behalf of themselves and all others similarly situated, v. National Association of Securities Dealers and EDS Corporation | D.D.C. | 1:06-CV-652 | Hon. Reggie B. Walton |
| Atal Varma, on behalf of himself and all others similarly situated, v. National Association of Securities Dealers, Electronic Data Services Corporation and Thomson Prometric, Inc. | S.D. Ohio | 1:06-CV-199 | Hon. Michael H. Watson |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 17th day of April, 2006, I caused one copy of NASD's Second Amended Motion to Transfer to be served by UPS Next Day Air on each of the attorneys listed on the Panel's Attorney Service List and on each of the attorneys on the attached Service List.  I also caused one copy of NASD's original Motion to Transfer and Memorandum in Support to be served on the attorneys on the attached Service List who were not required to be served with a copy when the original Motion was filed (counsel for Ketita, Ribeiro, Crockett, and Janis and counsel for Bruen).

In accordance with Panel Rules 5.12(c) and 5.2(b), I further certify that I caused copies of the Motion to be filed with the clerk of each district court—namely, the District of Columbia, the Eastern District of Arkansas, and the Southern District of New York—in which any action affected by the motion is pending.

_____
William M. Jay

## SERVICE LIST

Stephen N. Berk, Esq.
Cuneo Gilbert & Laduca, LLP
507 C Street, NE
Washington, DC 20002

*Attorney for William Lowe, Linda Cutler,*
*Jennifer Hester, and Jason Plunkett*

Donald Hall, Esq.
Kaplan Fox & Kilsheimer LLP
805 Third Ave., 22nd Floor
New York, NY 10022

*Attorney for Gueorgui Ivanov*

James F. Rittinger, Esq.
Satterlee Stephens Burke & Burke LLP
230 Park Avenue
11th Floor
New York, NY 10169

*Attorney for Thomson Prometric, Inc. and The*
*Thompon Corporation*

Richard M. Volin
Michael G. McLellan
Finkelstein, Thompson & Loughran
1050 30th St., NW
Washington, DC 20007

*Attorneys for Nassim Ketita, Thomas Ribeiro,*
*Jason Crockett, and Maxwell Janis*
Dennis E. Murray Jr.
Murray & Murray Co., L.P.A.
111 E. Shoreline Drive
P.O. Box 19
Sandusky, OH 44871-0019

*Attorney for Atal Varma*

Nancy M. Juda, Esq.
Lerach Coughlin Stoia Geller Rudman &
    Robbins LLP
1100 Connecticut Avenue, N.W., Suite 730
Washington, DC 20036

*Attorney for Timothy Wallin*

James P. Karen, Esq.
Jones Day
2727 North Harwood Street
Dallas, TX  75201-1515

*Attorney for EDS Corp.*

Scott E. Poynter, Esq.
Emerson Poynter LLP
2228 Cottondale Lane, Suite 100
Little Rock, AR 72202

*Attorney for Skylar Jordan*

Joseph Tacopina
*Of-Counsel*
Arthur L. Aidala & Associates, P.C.
597 Fifth Avenue
New York, NY 10017

*Attorney for James Bruen*