# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THOMAS RIBEIRO, on behalf of himself and all others similarly situated,<br><br>              *Plaintiff*,<br>       v.<br><br>NATIONAL ASSOCIATION OF SECURITIES DEALERS, INC.; EDS CORPORATION,<br><br>              *Defendants*. | Civil Action No. 06-624 (RBW) |

## LCvR 7.1 CERTIFICATE OF DISCLOSURE

The undersigned counsel of record for the National Association of Securities Dealers, Inc. (NASD), certify that to the best of their knowledge and belief, the following are parent companies, subsidiaries or affiliates of NASD which have any outstanding securities in the hands of the public.

   None.

These representations are made in order that judges of this court may determine the need for recusal.

Dated: May 8, 2006                                   Respectfully submitted,

                                                                    _____/s/_____

                                                                    F. Joseph Warin (D.C. Bar. No. 235978)
                                                                    William M. Jay (D.C. Bar. No. 480185)
                                                                    GIBSON, DUNN & CRUTCHER LLP
                                                                    1050 Connecticut Ave., N.W.
                                                                    Washington, DC  20036
                                                                    (202) 955-8500

                                                                    *Attorneys for Defendant National Association of Securities Dealers, Inc.*

2

70348756_1.DOC

Case 1:06-cv-00624-JDB   Document 6   Filed 05/08/2006   Page 2 of 2