IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THOMAS RIBEIRO, on behalf of himself and all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>NATIONAL ASSOCIATION OF SECURITIES DEALERS, INC.; EDS CORPORATION,<br><br>*Defendants*. | Civil Action No. 06-624 (RBW) |

### UNOPPOSED MOTION TO STAY

Defendant National Association of Securities Dealers, Inc. (NASD), respectfully moves this Court to stay all proceedings in this matter pending a transfer decision by the Judicial Panel on Multidistrict Litigation (the "MDL Panel"). This Court previously stayed several cases to which this case has been designated as "related," *see* Dkt. Entry 2, and which present the same issues and involve the same putative nationwide class.[1] Other related cases have been stayed by the U.S. District Courts for the Southern District of New York and for the Eastern District of Arkansas.[2] This case has been listed with the MDL Panel as related to NASD's pending transfer motion. The MDL Panel has scheduled oral argument on NASD's transfer motion for

---

[1] Order in Civ. A. Nos. 06-280 (RBW), 06-382 (RBW), 06-525 (RBW), 06-554 (RBW), 06-580 (RBW), & 06-652 (RBW) (D.D.C. Apr. 11, 2006) (attached as Exhibit 1).

[2] Order, *Ivanov v. NASD*, No. 06-CV-2388 (DAB) (S.D.N.Y. Apr. 25, 2006) (attached as Exhibit 2); Order, *Bruen v. NASD*, No. 06-CV-2934 (DAB) (S.D.N.Y. Apr. 25, 2006) (attached as Exhibit 3); Order, *Jordan v. NASD*, No. 4:06CV366 (E.D. Ark. Apr. 28, 2006) (attached as Exhibit 4).

May 25, 2006.  Counsel for plaintiff Ribeiro and for co-defendant Electronic Data Systems Corp. (EDS) have agreed to this motion and consented to a stay of proceedings in this case on the same terms as in this Court's April 11 order.

     For these reasons, and those stated in this Court's April 11 order staying the six related cases, NASD respectfully asks this Court to grant this motion to stay further proceedings in this case until after the MDL Panel rules on the transfer motion.  This motion is filed well in advance of either defendant's answer date:  EDS's answer is currently due June 26, 2006, and NASD's answer is currently due June 30, 2006.  Neither date has previously been extended.

Dated: May 8, 2006                                         Respectfully submitted,

                                                             _____/s/_____

F. Joseph Warin (D.C. Bar. No. 235978)
William M. Jay (D.C. Bar. No. 480185)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Ave., N.W.
Washington, DC  20036
(202) 955-8500

*Attorneys for Defendant National Association of Securities Dealers, Inc.*