BATTS, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/26/06
```

GUEORGUI IVANOV, on behalf of himself
and all others similarly situated,

    *Plaintiff,*

v.

NATIONAL ASSOCIATION OF
SECURITIES DEALERS, INC.;
ELECTRONIC DATA SYSTEMS CORP.;
THOMSON PROMETRIC, INC.,

    *Defendants.*

06-CV-2388 (DAB) [ECF Case]

DAB

~~PROPOSED~~ AGREED ORDER

**DEBORAH A. BATTS, United States District Judge.**

The unopposed motion of National Association of Securities Dealers, Inc., to stay all proceedings in this action pending a transfer decision by the Judicial Panel on Multidistrict Litigation is GRANTED.

    SO ORDERED.

Dated: New York, New York

    April 25_____, 2006

*Deborah A. Batts*
DEBORAH A. BATTS
United States District Judge