UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMES BRUEN,

       *Plaintiff,*

v.

NATIONAL ASSOCIATION OF
SECURITIES DEALERS, INC.;
THE THOMSON CORPORATION,

       *Defendants.*

06-CV-2934 [ECF Case]

**[PROPOSED] ORDER**

    The motion of National Association of Securities Dealers, Inc., to stay all proceedings in this action pending a transfer decision by the Judicial Panel on Multidistrict Litigation is GRANTED.

    SO ORDERED.

Dated: New York, New York
       25 April, 2006

                                  United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/27/06