# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**SKYLER S. JORDAN, on Behalf of**
**Himself and All Others Similarly Situated**                    **PLAINTIFF**

**V.**                                    **4:06CV00366**

**NATIONAL ASSOCIATION OF**
**SECURITIES DEALERS, INC.**                                    **DEFENDANT**

## ORDER

Pending is Defendant's unopposed motion to stay all proceedings pending a transfer decision by the Judicial Panel on Multi-District Litigation.  (Docket #5).  For good cause shown, the motion is granted.  All proceedings in this case are hereby stayed pending a transfer decision by the Judicial Panel on Multi-District Litigation.

IT IS SO ORDERED this 28th  day of April, 2006.

_____
James M. Moody
United States District Judge