UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

THOMAS RIBEIRO, on behalf of himself
and all others similarly situated,

        *Plaintiff*,

    v.

NATIONAL ASSOCIATION OF
SECURITIES DEALERS, INC.;
EDS CORPORATION,

        *Defendants*.

Civil Action No. 06-624 (RBW)

### [PROPOSED] ORDER

In view of the transfer motion pending before the MDL Panel, Defendant NASD's Unopposed Motion to Stay is GRANTED, and it is ORDERED that this case is STAYED until further order of this Court. The parties shall notify this Court when the MDL Panel has issued a ruling on the pending motion.

    SO ORDERED this _____ day of _____, 2006.

 

_____
REGGIE B. WALTON
United States District Judge